OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 18 2015

9/16/2015
MENDEZ, VICTOR ALBERTO Tr. Ct. No. W10-62562-P (A)     WR-83,778-01
On this day, the application for writ of habeas corpus is dismissed as moot.

Abel Acosta, Clerk

RETURN TO SENDER
discharged

VICTOR ALBERTO MENDEZ
ESTES UNIT - TDC # 1864045
1100 HWY. 1807
VENUS, TX 76084

U TF